1367 PACK vs. BOARD OF SUPERVISORS (Presque Isle), 36 M., 377.

To compel provision by taxation to pay certain warrants alleged to have been issued by order of the board.

Denied April 24, 1877.

The answer set forth that the warrants were issued without authority to a party having notice, and for a purpose which was illegal.

Held, that mandamus will not issue to enforce doubtful rights, and the matter having been heard upon petition and answer, the answer is conclusive.

1368 COMMISSIONER OF HIGHWAYS (Garfield) vs. SUPERVISOR (Springfield), 77 M., 228.

To compel assessment of taxes to pay judgment recovered against the commissioner of highways of the township of Springfield.

Denied November 1, 1889.

Held, that the justice before whom the judgment was recovered, had no jurisdiction, and the judgment was a nulity.